## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAMELA GERKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) Case No.: 2:11-cv-15127-JAC-MJH |
| | ) HON: JULIAN ABELE COOK, JR. |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

### STIPULATION TO DISMISS

The parties, pursuant to settlement and FRCP Rule 41, hereby stipulate and agree that this matter shall be dismissed, with each party to bear their own attorney's fees and costs.

Respectfully submitted,

/s/ Deborah A. Lujan
Deborah A. Lujan
Collins, Einhorn, Farrell & Ulanoff, P.C.
4000 Town Center, Suite 909
Southfield, MI  48075
Telephone:   (248) 355-4141
Deborah.Lujan@ceflawyers.com
Attorney for Defendant,
NCO Financial Systems, Inc.

/s/ Andrew L. Campbell
Andrew L. Campbell
653 S. Saginaw Street, Suite 201
Flint, MI 48502
Telephone: (801) 232-4344
michiganbk@gmail.com
Attorney for Plaintiff, Pamela Gerke