# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PAMELA GERKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| - vs- | ) Case No.: 2:11-cv-15127-JAC-MJH |
| | ) HON: JULIAN ABELE COOK, JR. |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon reading and filing of the above Stipulation,

IT IS HEREBY ORDERED that this matter is dismissed with each party bearing their own attorney fees and costs.

Date: June 27, 2012

s/Julian Abele Cook, Jr.
JULIAN ABELE COOK, JR.
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 27, 2012.

s/ Kay Doaks
Case Manager